B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

__Western__ District Of __Texas (San Antonio)__

In re __Victor A. Lyke__, Case No. __17-50885-cag__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust | DJL Mortgage Capital, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

Phone: 972-347-4350
Last Four Digits of Acct #: 4255

Court Claim # (if known): 11
Amount of Claim: $130,577.45
Date Claim Filed: 08/08/2017

Phone: 800-258-8602
Last Four Digits of Acct. #: 4255

Name and Address where transferee payments should be sent (if different from above):

c/o BSI Financial Services
PO Box 679002
Dallas, TX 75267-9002
Phone: 888-738-5873
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle R. Ghidotti-Gonsalves    Date: 3/7/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
800-327-7861
814-217-1366 Fax
https://myloanweb.com/BSI

12-28-2017

Sent via First Class Mail

New Account Number:
Old Account Number:
Property Address: 3109 WEST BARKER CIR
KANSAS CITY  KS  66104

VICTOR LYKE
PO BOX 681771
SAN ANTONIO TX 78268

# NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred to BSI Financial Services, effective 12-15-2017. The transfer of servicing does not affect any term or condition or the mortgage loan other than terms directly related to the servicing of the loan.

## WHAT THIS MEANS FOR YOU

After this date, BSI Financial Services will be collecting your mortgage loan payments from you. As referenced above, your loan number may have changed; however, nothing else about your mortgage loan will change.

SELECT PORTFOLIO SERVICING,INC, your prior servicer, was collecting your payments. SELECT PORTFOLIO SERVICING,INC will not accept any payments received by you after the day preceding 12-15-2017, at which point BSI Financial Services, as your new servicer, will start accepting payments received from you going forward.

**Customers can send all payments due on or after 12-15-2017, to BSI Financial Services at this address:**

**Via First Class Mail**
BSI Financial Services
PO Box 679002
Dallas, TX  75267-9002

**Via Priority or Overnight Mail**
BSI Financial Services
Lockbox Number 679002
1200 E. Campbell Rd. Ste. 108
Richardson, TX  75081

If you have any questions for either your prior servicer, SELECT PORTFOLIO SERVICING,INC, or your new servicer, BSI Financial Services, about your mortgage loan or this transfer, please contact them using the information below:

**Prior Servicer**
SELECT PORTFOLIO SERVICING,INC
Customer Care
P. O. BOX 65250
SALT LAKE CITY UT 84165
800-258-8602

**New Servicer**
BSI Financial Services
Customer Care
314 S Franklin St, 2nd Floor
Titusville, PA 16354
800-327-7861

**Under Federal law, during the 60-day period beginning on the effective date of the transfer of the loan, a loan payment received by your old servicer on or before its due date (including any grace period allowed under the mortgage loan instruments) may not be treated by the new servicer as late, and a late fee may not be imposed on you.**

This letter is being sent on behalf of BSI Financial Services by its servicing agent, BSI Financial Services.
BSI Financial Services is a licensed mortgage servicer and debt collector. BSI Financial Services BSI NMLS # 38078

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

__Western__ District Of __Texas (San Antonio)__

In re __Victor A. Lyke__, Case No. __17-50885-cag__

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No. __11__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on __3/7/2018__ (date).

Name of Alleged Transferor

DJL Mortgage Capital, Inc.

Name of Transferee

U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

Address of Alleged Transferor:

c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165

Address of Transferee:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                              _____
                                            **CLERK OF THE COURT**