Sean T. Flynn
State Bar No. 24074214
Fears & Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711 Phone
(214) 890-0712 Fax
www.fnlawfirm.com
sflynn@fnlawfirm.com
ATTORNEY FOR DEBTORS

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VICTOR A. LYKE | § | CASE NO. 17-50885 |
| | § | CHAPTER 13 |
| Debtors | § | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held:

Hearing to Consider and Act Upon the Following: Motion to Sell Property Free and Clear of Liens 11 USC 363(f) Hearing Scheduled For 12/11/18 at 1:30 PM at US Post Office Building and Federal Courthouse, 615 E. Houston Street, Courtroom 3, San Antonio, TX 78205.

Dated: December 7, 2018

RESPECTFULLY SUBMITTED,

/s/ Sean T. Flynn
Sean T. Flynn
Fears & Nachawati Law Firm
ATTORNEY FOR DEBTORS

# Certificate of Service

I hereby certify all parties listed below and on the attached mailing matrix have been served this Notice of Hearing by First Class Mail, Electronic Mail, or Facsimile on this 7th day of December, 2018.

Victor A. Lyke
8838 Dugas Dr. #1202
San Antonio, TX 78251

**Mary K. Viegelahn**
**Chapter 13 Trustee**
Chapter 13 Trustee
10500 Heritage Blvd Suite 201
San Antonio, TX 78216

**United States Trustee**
615 E. Houston Street
Suite 533
San Antonio, TX 78205

RESPECTFULLY SUBMITTED,

/s/ Sean T. Flynn
Sean T. Flynn
Fears & Nachawati Law Firm
ATTORNEY FOR DEBTORS